PEOPLE, Respondent, v. WILLIAM V. DAVIS, Appellant.

No. 1262; November 26, 1856.

**Appeals—Absence of Statement and Bill of Exceptions.**—Where there is neither statement nor bill of exceptions, the appeal will not be considered.

**Appeal—Absence of Formal Papers—Certificate by Clerk to Cure.**—A certificate by a clerk of court to the effect that the district attorney agreed to the statement is extra-official and without sanction.

APPEAL from Fifth Judicial District, Tuolumne County.

E. F. Hunter for respondent; Charles L. Scott for appellant.

HEYDENFELDT, J.—There is neither statement nor bill of exceptions contained in the record, and we are therefore precluded from considering the errors assigned. The certificate of the clerk of the district court, stating that the district attorney had agreed to a statement, is extra-official, and has no sanction whatever.

Judgment affirmed.

I concur: Murray, C. J.